```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| SUMMIT FAMILY MEDICAL PRACTICE, P.C. | : | CIVIL ACTION |
| v. | : | |
| THE PHILADELPHIA CONTRIBUTIONSHIP INSURANCE COMPANY | : | NO. 02-3783 |

<u>ORDER</u>

AND NOW, this 27th day of June, 2002, upon consideration of the complaint, which consists of two counts sounding in state law, and does not put forward any basis for federal court jurisdiction,[1] it is hereby ORDERED that plaintiff shall by July 15, 2002 SHOW CAUSE why we should not dismiss this action for lack of subject matter jurisdiction.

BY THE COURT:

_____
Stewart Dalzell, J.

---

[1] "[T]he facts showing the existence of jurisdiction must be affirmatively alleged in the complaint." 13 Charles Alan Wright, Arthur R. Miller, & Edward H. Cooper, <u>Federal Practice and Procedure</u> § 3522, at 62-63 (2d ed. 1984).