UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SUMMIT FAMILY MEDICAL PRACTICE, P.C.,    :
                                          :
                              Plaintiff,  :
                                          :         Civil Action
             v.                           :         No.  02-3783
                                          :
THE PHILADELPHIA CONTRIBUTIONSHIP         :
INSURANCE COMPANY,                        :
                                          :
                             Defendant    :

**<u>MOTION FOR ADMISSION PRO HAC VICE</u>**


_____Defendant, The Philadelphia Contributionship Insurance Company, through the

undersigned, hereby moves for the admission pro hac vice of John Marshall, Esquire, of

the firm of Moldawer & Marshall, P.C.  In support of Defendant's Motion, the following is

offered:

      1.      The undersigned, Alfred J. Merlie, Esquire, has entered his appearance on behalf

of the Defendant and is a member of good standing of the Bar of this Court.

      2.      It is anticipated that Mr. Marshall, who is a member in good standing of the

Maryland and District of Columbia bars, as well as the United States District Court for the

District of Maryland and the District of Columbia, and the United States Circuit Court for

the Fourth Circuit and the District of Columbia Circuit, will serve as lead counsel in the

defense of this matter.

      3.      By requesting special admission for the purpose of defending this case,

John Marshall, Esquire submits to the Rules of this Court, including the Local Rules, and to

the jurisdiction of this Court with respect to matters of discipline.

4.      Mr. Marshall has been specially admitted to this Court on two previous occasions:

76 Carriage Company, Inc. d/b/a Philadelphia Trolley Works v. Yellow Bus Service, Inc. d/b/a/

Yellow Transportation, Civil Action No. 00-4393 (the admission Order was signed on

November 24, 2000); and in the case of Mark Munn, et ux. v. Liberty Mututal Insurance Co.,

et al., Civil Action No. 01-5760 (a flood insurance matter similar to the instant case).  The

admission Order was signed on December 17, 2001. Neither of these cases is still pending

before this court.

5.      For the foregoing reasons, Defendant respectfully request this Honorable Court

to admit Mr. Marshall pro hac vice for all purposes in the instant action.

                    Respectfully submitted,


                    By:_____
                        Alfred J. Merlie, Esquire
                        The Pavilion
                        261 Old York Road
                        Suite 733
                        Jenkintown, PA 19046

                        Counsel for Defendant

## <u>CERTIFICATE OF SERVICE</u>

_____I, hereby certify that a true and correct copy of the foregoing Motion for Admission

Pro Hac Vice was served, by first class mail, postage prepaid, this_____ day of

_____, 2002, upon:


      Michael J. Saltzman, Esquire
      1608 Walnut Street
      19th Floor
      Philadelphia, PA 19103


                _____
                Alfred J. Merlie

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SUMMIT FAMILY MEDICAL PRACTICE, P.C.          :
                                              :
                            Plaintiff,        :
                                              :
              v.                              :        Civil Action
                                              :        No. 02-3783
                                              :
THE PHILADELPHIA CONTRIBUTIONSHIP             :
INSURANCE COMPANY,                            :
                                              :
                            Defendant.        :

## ORDER

_____UPON motion of the Defendant, The Philadelphia Contributionship Insurance Company,

through, counsel, for the admission pro hac vice of John Marshall, Esquire of the law firm of

Moldawer & Marshall, P.C., and any opposition thereto, it is hereby,

        ORDERED that John Marshall, Esquire be, and hereby is, admitted, pro hac vice,

to practice before this Court for all purposes in the instant action.


                                        _____
                                        United States District Court

Copies to:

Michael J. Saltzman, Esquire
1608 Walnut Street
19th Floor
Philadelphia, PA 19103

Alfred J. Merlie, Esquire
261 Old York Road, Suite 733
Jenkintown, PA 19046

John Marshall, Esquire
Moldawer & Marshall, P.C.
451 Hungerford Drive, Suite 200
Rockville`, MD 20850