By: Alfred J. Merlie, Esquire
Attorney I.D. No.: 36392
Suite 733, The Pavilion
Jenkintown, PA 19046
215-884-4015

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUMMIT FAMILY MEDICAL PRACTICE, P.C., : | |
| : | |
| Plaintiff, : | |
| : | Civil Action |
| v. : | No. 02-3783 |
| : | |
| THE PHILADELPHIA CONTRIBUTIONSHIP : | |
| INSURANCE COMPANY, : | |
| : | |
| Defendant : | |

**ANSWER**

\_\_\_\_\_COMES NOW the Defendant, The Philadelphia Contributionship Insurance Company, by and through its attorney, Alfred J. Merlie, Esquire, and in Answer to the Plaintiff's Complaint, states as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted in part and Denied in part. It is admitted that the stated policy of

insurance was in full force and effect, Defendant respectfully denies the rest of the allegations contained

in said paragraph.

5. Denied.

6. Denied.

7. Denied.

## COUNT I-IN ASSUMPSIT-BREACH OF CONTRACT

8. Denied.

9. Denied.

10. Denied.

11. Denied.

WHEREFORE, Defendant respectfully moves this Honorable Court to enter judgment in its favor, dismiss Plaintiff's Complaint with prejudice, to assess appropriate costs and grant such other and appropriate relief as is permitted under law.

## COUNT II- IN TRESPASS- 42 Pa C.S.A SECTION 8371

12. Denied.

13. Denied.

14. Denied.

WHEREFORE, Defendant respectfully moves this Honorable Court to enter judgment in its favor, dismiss Plaintiff's Complaint with prejudice, to assess appropriate cost and grant such other and appropriate relief as is permitted under law.

## AFFIRMATIVE DEFENSES

15. The Complaint fails to state a course of action upon which relief can be granted.

16. Plaintiff's claims are barred by the application statute of limitations

17. Plaintiff's claims are barred in that the Plaintiff was required under contract

to meet a condition precedent which condition has not been met.

18.     Plaintiff's claims are not entitled to a trial by jury and therefore the jury demand should be stricken.

WHEREFORE, having answered, this Defendant respectfully requests this Honorable Court to dismiss the Complaint against this Defendant with prejudice, and to assess appropriate costs and grant such other and appropriate relief as is permitted under law.

Respectfully submitted,


By:_____
　　Alfred J. Merlie, Esquire
　　Counsel for Defendant

## **CERTIFICATE OF SERVICE**

_____I hereby certify that a true and correct copy of the foregoing Answer was served,

by the first class mail, postage prepaid, this _____ day of _____, 2002,

upon:

_____Michael J. Saltzman, Esquire
1608 Walnut Street
19th Floor
Philadelphia, PA 19103

_____
Alfred J. Merlie, Esquire
Attorney for Defendant