UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**STEWART DALZELL**

JUDGE

10613 United States Courthouse
Independence Mall West
Philadelphia, Pennsylvania
19106

267-299-7399

July 23, 2002

Michael S. Saltzman, Esq.
1608 Walnut Street, 19th Fl.
Philadelphia, PA 19103

Alfred J. Merlie, Esq.
The Pavilion, Suite 424
Jenkintown, PA 19046

      Re: C.A. No. 02-3783, Summit Family Medical Practice v.
      The Phila. Contributionship Ins. Co.

Dear Counsel:

      Judge Dalzell has set the referenced case for a Rule 16 conference at 3:00 p.m. on  Wednesday, July 31, 2002, in his chambers.

      As you will see from the enclosed Scheduling Policy Statement, Judge Dalzell allots between ten and twenty minutes for these conferences.  You should review the Scheduling Policy Statement before completing the "Conference Information Report" enclosed with this letter.  You should bring the Conference Information Report with you to the Rule 16 conference.

      At the close of the conference, you will receive an Order from Judge Dalzell that will list firm dates for the completion of discovery, other pretrial submissions and trial that will be set at the conference.

                                Very truly yours,

                                Eileen Adler
                                Courtroom Deputy

ec
Enc.