```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SUMMIT FAMILY MEDICAL          :    CIVIL ACTION
PRACTICE, P.C.                 :
                               :
        v.                     :
                               :
THE PHILADELPHIA               :
CONTRIBUTIONSHIP INSURANCE     :
COMPANY                        :    NO. 02-3783
```

## ORDER

AND NOW, this 31st day of July, 2002, upon consideration of the motion of defendant for admission of counsel <u>pro</u> <u>hac</u> <u>vice</u>, and plaintiff not contesting the motion, it is hereby ORDERED that the motion is GRANTED, and John Marshall, Esquire, shall be permitted to actively participate in pretrial, trial, and post-trial activities in this matter, subject to Local Rule of Civil Procedure 83.5.2.

BY THE COURT:

_____
Stewart Dalzell, J.