IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUMMIT FAMILY MEDICAL PRACTICE, P.C. | : | CIVIL ACTION |
| v. | : | |
| THE PHILADELPHIA CONTRIBUTIONSHIP INSURANCE COMPANY | : | NO. 02-3783 |

ORDER

AND NOW, this 31st day of July, 2002, after a Rule 16 conference this day, it is hereby ORDERED that:

1. Discovery shall be COMPLETED by September 30, 2002;

2. By September 30, 2002, plaintiff shall inform the Court in writing whether a settlement conference would be productive;

3. The parties shall FILE a joint stipulation of facts by October 11, 2002;

4. Motions for summary judgment, if any, shall be FILED by October 21, 2002;

5. Any responses thereto shall be FILED by November 4, 2002; and

6. Scheduling of trial will abide resolution of summary judgment.

BY THE COURT:

_____
Stewart Dalzell, J.