```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| SUMMIT FAMILY MEDICAL PRACTICE, P.C. | : | CIVIL ACTION |
| v. | : | |
| THE PHILADELPHIA CONTRIBUTIONSHIP INSURANCE COMPANY | : | NO. 02-3783 |

<u>ORDER</u>

AND NOW, this 23rd day of September, 2002, after a telephonic conference with the parties this day, in which counsel for plaintiff stated that additional discovery may be taken that is relevant to the motion for summary judgment, and the parties agreeing to the dismissal of the motion without prejudice, it is hereby ORDERED that defendant's motion for summary judgment (Doc. No. 11) is DENIED WITHOUT PREJUDICE to its reassertion upon the conclusion of discovery, and in accordance with our July 31, 2002 scheduling Order.

BY THE COURT:

_____
Stewart Dalzell, J.