```
                  UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA


SUMMIT FAMILY MEDICAL PRACTICE, P.C.,  :
                                       :
                    Plaintiff,         :
                                       :
          v.                           :  Civil Action
                                       :  No. 02-3783
THE PHILADELPHIA CONTRIBUTIONSHIP      :
  INSURANCE COMPANY,                   :
                                       :
                    Defendant.         :
```

OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY

     COMES NOW the Defendant, The Philadelphia Contributionship Insurance Company, by and its attorneys, and respectfully opposes Plaintiff's Motion to Compel Discovery.  In support of its Opposition, Defendant respectfully refers this Honorable Court to the attached Memorandum.

                                          Respectfully submitted,

                                          MOLDAWER & MARSHALL, P.C.


                                 By: _____
                                       John Marshall
                                       451 Hungerford Drive, Suite 200
                                       Rockville, MD  20850
                                       (301) 340-3200


                                 By: _____
                                       Alfred J. Merlie, Esquire
                                       261 Old York Road, Suite 424
                                       Jenkintown, PA  19046
                                       (215) 884-4015

                                       Counsel for Defendant

<u>Certificate of Service</u>

  I hereby certify that a true and correct copy of the foregoing Opposition to Plaintiff's Motion to Compel Discovery was served, by first class mail, postage prepaid, this \_\_\_\_\_ day of _____, 2002, upon:

    Michael J. Saltzman, Esquire
    1608 Walnut Street
    19th Floor
    Philadelphia, PA  19103


              _____
              John Marshall

```
                    UNITED STATES DISTRICT COURT
               FOR THE EASTERN DISTRICT OF PENNSYLVANIA


SUMMIT FAMILY MEDICAL PRACTICE, P.C.,    :
                                         :
                     Plaintiff,          :
                                         :
          v.                             :  Civil Action
                                         :  No. 02-3783
THE PHILADELPHIA CONTRIBUTIONSHIP        :
 INSURANCE COMPANY,                      :
                                         :
                     Defendant.          :
```

ORDER

UPON CONSIDERATION of Plaintiff's Motion to Compel Discovery, and the Opposition thereto, it is this _____ day of _____, 2002, by this Honorable Court,

ORDERED, that Plaintiff's Motion be, and hereby is, DENIED.

_____
United States District Court

Copies to:

Michael J. Saltzman, Esquire
1608 Walnut Street
19th Floor
Philadelphia, PA  19103

Alfred J. Merlie, Esquire
261 Old York Road
Suite 424
Jenkintown, PA  19046

John Marshall, Esquire
Moldawer & Marshall, P.C.
451 Hungerford Drive
Suite 200
Rockville, MD  20850