```
                    UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA


SUMMIT FAMILY MEDICAL PRACTICE, P.C.,    :
                                         :
                    Plaintiff,           :
                                         :
            v.                           :   Civil Action
                                         :   No. 02-3783
THE PHILADELPHIA CONTRIBUTIONSHIP        :
 INSURANCE COMPANY,                      :
                                         :
                    Defendant.           :
```

## MOTION FOR SUMMARY JUDGMENT

COMES NOW the Defendant, The Philadelphia Contributionship Insurance Company, by and through counsel, and pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 7.1, files this Motion for Summary Judgment as there is no genuine issue as to any material fact and the Defendant is entitled to judgment as a matter of law. In support of its Motion, Defendant respectfully refers this Honorable Court to the attached Memorandum of Points and Authorities, as well as the attached Exhibits.

Respectfully submitted,

MOLDAWER & MARSHALL, P.C.


By: _____
    John Marshall
    451 Hungerford Drive
    Suite 200
    Rockville, MD  20850
    (301) 340-3200

By: _____
    Alfred J. Merlie, Esquire
    The Pavilion
    261 Old York Road
    Suite 424
    Jenkintown, PA  19046
    (215) 884-4015

    Counsel for Defendant

<u>Request for Hearing</u>

    Defendant The Philadelphia Contributionship Insurance Company hereby requests a hearing on this Motion.

_____
John Marshall

<u>Certificate of Service</u>

I hereby certify that a true and correct copy of the foregoing Motion for Summary Judgment was served, by first class mail, postage prepaid, this _____ day of _____, 2002, upon:

        Michael J. Saltzman, Esquire
        1608 Walnut Street
        19th Floor
        Philadelphia, PA  19103


                                                          _____
                                                          John Marshall

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SUMMIT FAMILY MEDICAL PRACTICE, P.C., :
:
                Plaintiff, :
:
    v.     :  Civil Action
                :  No. 02-3783
THE PHILADELPHIA CONTRIBUTIONSHIP :
 INSURANCE COMPANY, :
:
                Defendant. :

## ORDER

UPON CONSIDERATION of Defendant The Philadelphia Contributionship Insurance Company's Motion for Summary Judgment and Memorandum of Points and Authorities, and any opposition thereto, it be and hereby is this ____ day of _____, 2002,

ORDERED, that The Philadelphia Contributionship Insurance Company's Motion for Summary Judgment is GRANTED, and it is further

ORDERED that The Philadelphia Contributionship Insurance Company be and hereby is dismissed with prejudice.


_____
United States District Court

Copies to:

Michael J. Saltzman, Esquire
1608 Walnut Street
19th Floor
Philadelphia, PA  19103

Alfred J. Merlie, Esquire
261 Old York Road
Suite 424
Jenkintown, PA  19046

John Marshall, Esquire
Moldawer & Marshall, P.C.
451 Hungerford Drive
Suite 200
Rockville, MD  20850