```
                    UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF PENNSYLVANIA


SUMMIT FAMILY MEDICAL PRACTICE, P.C.,   :
                                        :
                     Plaintiff,         :
                                        :
           v.                           :   Civil Action
                                        :   No. 02-3783
THE PHILADELPHIA CONTRIBUTIONSHIP       :
 INSURANCE COMPANY,                     :
                                        :
                     Defendant.         :
```

AFFIDAVIT OF KAREN CHRISTIAN
IN SUPPORT OF DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT

I, Karen Christian, do hereby depose and state as follows:

1. I am over 21 years of age and am competent to testify hereto.

2. I am a claims manager for National Con-Serv, Inc. By virtue of a contract, National Con-Serv, Inc. is responsible for the adjusting and investigation of all flood insurance claims made against The Philadelphia Contributionship Insurance Company.

3. The claim made by Summit Family Medical Practice, P.C., arising out of the alleged loss of June 17, 2001 was adjusted under my supervision. The claims file is kept under my personal custody and control and I am familiar with all of its contents.

4. At no time following the alleged loss of June 17, 2001 did National Con-Serv, Inc., or The Philadelphia Contributionship

Insurance Company, receive a signed proof of loss from the Plaintiff.

    I do so solemnly declare and affirm under the penalties of perjury that the foregoing statements are true and correct.

                                                      _____
                                                      Karen Christian