```
                UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


SUMMIT FAMILY MEDICAL PRACTICE, P.C.,   :
                                        :
                  Plaintiff,            :
                                        :
        v.                              :   Civil Action
                                        :   No. 02-3783
THE PHILADELPHIA CONTRIBUTIONSHIP       :
 INSURANCE COMPANY,                     :
                                        :
                  Defendant.            :
```

### MOTION FOR RECONSIDERATION OF THE ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DISCOVERY AND FOR PROTECTIVE ORDER

COMES NOW the Defendant, The Philadelphia Contributionship Insurance Company, by and through its attorneys, and respectfully moves this Honorable Court to reconsider this Honorable Court's Order of October 16, 2002, in which it granted Plaintiff's Motion to Compel Discovery, or, alternatively, requests this Honorable Court to grant a protective order limiting the number and scope of Interrogatories propounded by the Plaintiff. This Honorable Court is referred to the attached brief Memorandum in Support of Defendant's Motion.

                                         Respectfully submitted,

                                         MOLDAWER & MARSHALL, P.C.


                              By: _____
                                 John Marshall
                                 451 Hungerford Drive
                                 Suite 200
                                 Rockville, MD  20850
                                 (301) 340-3200

By: _____
    Alfred J. Merlie, Esquire
    The Pavilion
    261 Old York Road
    Suite 424
    Jenkintown, PA  19046
    (215) 884-4015

    Counsel for Defendant

<u>Certificate of Service</u>

    I hereby certify that a true and correct copy of the foregoing Motion for Reconsideration of the Order Granting Plaintiff's Motion to Compel Discovery and for Protective Order was served, by first class mail, postage prepaid, this _____ day of _____, 2002, upon:

        Michael J. Saltzman, Esquire
        1608 Walnut Street
        19th Floor
        Philadelphia, PA  19103

                                _____
                                John Marshall

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SUMMIT FAMILY MEDICAL PRACTICE, P.C., :
:
               Plaintiff,   :
:
    v.                                     :   Civil Action
                                         :   No. 02-3783
THE PHILADELPHIA CONTRIBUTIONSHIP    :
 INSURANCE COMPANY,                   :
:
               Defendant.   :

ORDER

UPON CONSIDERATION of Defendant The Philadelphia Contributionship Insurance Company's Motion for Reconsideration of the Order Granting Plaintiff's Motion to Compel Discovery and for Protective Order, and any opposition thereto, it be and hereby is this ____ day of _____, 2002,

ORDERED, that The Philadelphia Contributionship Insurance Company's Motion is GRANTED, and it is further

ORDERED that in consideration of the belated filing of Plaintiff's written discovery requests, Defendant is hereby relieved of the obligation to provide responses to Plaintiff's Interrogatories or Request for Production of Documents.

                                                      _____
                                                      United States District Court

Copies to:

Michael J. Saltzman, Esquire
1608 Walnut Street
19th Floor
Philadelphia, PA  19103

Alfred J. Merlie, Esquire
261 Old York Road
Suite 424
Jenkintown, PA  19046

John Marshall, Esquire
Moldawer & Marshall, P.C.
451 Hungerford Drive
Suite 200
Rockville, MD  20850