IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Summit Family Medical Practice, P.C.<br><br>v.<br><br>The Philadelphia Contributionship Insurance Company | CIVIL ACTION<br><br>NO.    02-3783 |

**PLAINTIFF'S MOTION FOR LEAVE TO ALLOW ADDITIONAL INTERROGATORIES AND RESPONSE TO DEFENDANT'S MOTION FOR RECONSIDERATION OF THE ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

The Plaintiff, Summit Family Medical Practice, P.C., by and through its counsel Fineman & Bach, P.C., respectfully moves this Honorable Court to grant leave to allow additional interrogatories and to deny Defendant's Motion for Reconsideration of the Order Granting Plaintiff's Motion to Compel Discovery and for Protective Order.  In Support of its Motion, Plaintiff respectfully refers this Honorable Court to the attached Memorandum of Law.

Respectfully submitted,

FINEMAN & BACH, P.C.

Dated:_____    By:_____
MICHAEL S. SALTZMAN, ESQUIRE
EMILY L. KAPLAN, ESQUIRE
1608 Walnut Street
19th Floor
Philadelphia, PA 19103
215-893-9300

Z:\ELK\14718 Summit Family\Response to Motion for Reconsideration.doc