IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Summit Family Medical Practice, P.C.<br><br>v.<br><br>The Philadelphia Contributionship Insurance Company | CIVIL ACTION<br><br>NO.    02-3783 |

### ORDER

AND NOW, this _____ day of _____, 2002 upon consideration of Plaintiff Summit Family Medical Practice's Motion for Leave to Allow Additional Interrogatories, it is hereby **ORDERED** that said Motion is **GRANTED**.

Furthermore, it is hereby **ORDERED** that Defendant's Motion for Reconsideration of the Order Granting Plaintiff's Motion to Compel Discovery and for Protective Order is **DENIED**. Defendant Philadelphia Contributionship Insurance Company shall answer and respond to Plaintiff's Interrogatories and Request for Production of Documents by November 1, 2002, consistent with my previous **ORDER** of October 16, 2002.

BY THE COURT:

_____
J.

Z:\ELK\14718 Summit Family\2nd ORDER TO COMPEL.doc