UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PEN[NSYLVANIA]

SUMMIT FAMILY MEDICAL PRACTICE, P.C.,  :
                                       :
          Plaintiff,                   :
                                       :
     v.                                :   Civil Action
                                       :   No. 02-3783
THE PHILADELPHIA CONTRIBUTIONSHIP      :
  INSURANCE COMPANY,                   :
                                       :
          Defendant.                   :

DEFENDANT'S OPPOSITION TO PLAIN[TIFF'S]
MOTION FOR LEAVE TO ALLOW ADDITION[AL]

The Defendant, The Phil[adelphia Contributionship Insurance] Company, by and through its atto[rneys, opposes] Plaintiff's belated Motion for [Leave to File Additional] Interrogatories. In support [thereof, Defendant] respectfully refers this Honorable [Court to the Memorandum] of Law.

                              Respectfully submitted,

                              MOLDAWER & MARSHALL, P.[C.]


                              By: _____
                                  John Marshall
                                  451 Hungerford Drive, [Suite ___]
                                  Rockville, MD  20850
                                  (301) 340-3200


                              By: _____
                                  Alfred J. Merlie, Esq[uire]
                                  261 Old York Road, Su[ite ___]
                                  Jenkintown, PA  19046
                                  (215) 884-4015

Counsel for Defendant

Counsel for Defendant

<u>Certificate</u> of Service

I hereby certify that the foregoing Opposition to Plaintiff's Motion for Additional Interrogatories was sent prepaid, this _____ day of _____

Michael J. Saltzman, Esquire
1608 Walnut Street
19th Floor
Philadelphia, PA  19103


_____
John Marshall

3

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENN[SYLVANIA]

SUMMIT FAMILY MEDICAL PRACTICE, P.C.,
          Plaintiff,
    v.                      Civil Action
                                No. 02-3783
THE PHILADELPHIA CONTRIBUTIONSHIP
INSURANCE COMPANY,
          Defendant.

## ORDER

UPON CONSIDERATION of Plaintiff's Motion to Serve Additional Interrogatories, Additional [...]

_____ day of _____, 2002, by [...]

ORDERED, that [...] Plaintiff's [...]

_____
United States District [Judge]

Copies to:

Michael J. Saltzman, Esquire
1608 Walnut Street
19th Floor
Philadelphia, PA 19103

Alfred J. Merlie, Esquire
261 Old York Road
Suite 424
Jenkintown, PA 19046

John Marshall, Esquire
Moldawer & Marshall, P.C.
451 Hungerford Drive
Suite 200
Rockville, MD 20850