UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENN[SYLVANIA]

SUMMIT FAMILY MEDICAL PRACTICE, P.C.,     :
                                          :
                    Plaintiff,            :
                                          :
         v.                               :   Civil Action
                                          :   No. 02-3783
THE PHILADELPHIA CONTRIBUTIONSHIP         :
    INSURANCE COMPANY,                    :
                                          :
                    Defendant.            :

MEMORANDUM OF POINTS AND AUTHORIT[IES IN SUPPORT]
OF DEFENDANT'S OPPOSITION TO PLAI[NTIFF'S MOTION]
<u>FOR LEAVE TO ALLOW ADDITIONAL IN[TERROGATORIES]</u>

1. The original Scheduling Order [provided] that all discovery be completed by [at the latest] September 23, 2002, Plaintiff's [Request] for Production of Documents.

2. In reliance on this court's S[cheduling Order], Defendant, through Defendant's [counsel, forwarded to] Plaintiff Plaintiff on September [XX, in] anticipation of providing any d[ocuments. Prior to the] letter, neither the Defendant [nor the Defendant] discovery which Plaintiff had placed [upon the Defendant].

3. Pursuant to this Honorable [Court's Order of] 20, 2002, Defendant now is required [to answer] discovery. This Order [...]

had the opportunity to oppose the instant Motion to Compel Discovery.

4. This Defendant remains ready, willing and able to provide discovery responses to Plaintiff's Interrogatories. There are no complex issues permitting more expansive discovery under Rule 33.

5. Plaintiff's arguments that Defendant should comply with Summit's Request for additional Interrogatories, absent submission of the Court, Defendant's Responses are due, absent any motions or court orders, 2002. Plaintiff's delay is not caused by any action of the Defendant, but rather Defendant's tactics, and the motions filed as a result.

6. Attached to this opposition is a copy of Plaintiff's Interrogatories. Plaintiff's Interrogatories illustrate the excessive and burdensome nature of this discovery.

WHEREFORE, Defendant, Defendant, requests this Honorable Court deny Plaintiff's Motion for Leave to Allow

Respectfully submitted,

MOLDAWER & MARSHALL, P.

By: _____
    John Marshall
    451 Hungerford Drive
    Suite 200
    Rockville, MD 20850
    (301) 340-3200


By: _____
    Alfred J. Merlie, Esq
    The Pavilion
    261 Old York Road
    Suite 424
    Jenkintown, PA 19046
    (215) 884-4015

    Counsel for Defendant