```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SUMMIT FAMILY MEDICAL        :    CIVIL ACTION
PRACTICE, P.C.               :
                             :
        v.                   :
                             :
THE PHILADELPHIA             :
CONTRIBUTIONSHIP INSURANCE   :
COMPANY                      :    NO. 02-3783
```

ORDER

AND NOW, this 6th day of November, 2002, after a telephone conference with the parties this day, it is hereby ORDERED that:

1. Discovery shall PROCEED only with respect to defendant's motion for summary judgment on the issue of plaintiff's alleged failure to file a timely proof of loss (Doc. No. 18), which is pending;

2. All other discovery is STAYED;

3. Plaintiff shall by November 12, 2002, FILE a motion to compel discovery as to the proof of loss issue;

4. Defendant shall FILE a memorandum of law in opposition thereto by November 15, 2002;

5. All discovery as to the proof of loss issue shall CONCLUDE by December 2, 2002;

6. By December 9, 2002, plaintiff may file any supplement to its response to the motion for summary for summary judgment on the proof of loss issue;

7. Defendant shall file a reply thereto by December 16, 2002;

      8.  Scheduling of further proceedings shall abide the Court's disposition of the motion for summary judgment on proof of loss;

      9.  All further scheduling Orders are VACATED; and

      10. Defendants motion for reconsideration (Doc. No. 19) and plaintiff's motion for leave to allow additional interrogatories (Doc. No. 21) are hereby DENIED AS MOOT.

      BY THE COURT:

      _____
      Stewart Dalzell, J.