```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| SUMMIT FAMILY MEDICAL PRACTICE, P.C. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE PHILADELPHIA CONTRIBUTIONSHIP INSURANCE COMPANY | : | NO. 02-3783 |

### ORDER

AND NOW, this 13th day of December, 2002, upon consideration of plaintiff's letters requesting an enlargement of time for discovery on the proof of loss issue on the ground that defendant has not responded to all of its interrogatories, and defendant's response thereto agreeing to the extension and admitting that it has not furnished responses to three of plaintiff's interrogatories, it is hereby ORDERED that:

1. Our November 9, 2002 scheduling Order is AMENDED as follows;

2. The parties shall COMPLETE all discovery on the proof of loss issue by January 8, 2003;

3. By January 14, 2003, plaintiff may FILE any supplement to its response to the motion for summary judgment on the proof of loss issue;

4. By January 21, 2003, defendant shall FILE any reply thereto; and

5. No further extensions will be granted without grave cause, and dilatory discovery tactics will result in sanctions.

BY THE COURT:

_____
Stewart Dalzell, J.