```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| SUMMIT FAMILY MEDICAL PRACTICE, P.C. | : | CIVIL ACTION |
| v. | : | |
| THE PHILADELPHIA CONTRIBUTIONSHIP INSURANCE COMPANY | : | NO. 02-3783 |

ORDER

AND NOW, this 19th day of March, 2003, upon consideration of defendant's motion for summary judgment (Doc. No. 18), plaintiff's response thereto (Doc. No. 28), and defendant's reply thereto, and in accordance with the foregoing Memorandum, it is hereby ORDERED that:

1. Defendant's motion is GRANTED;

2. JUDGMENT IS ENTERED in favor of defendant The Philadelphia Contributionship Insurance Company and against plaintiff Summit Family Medical Practice, P.C.; and

3. The Clerk shall CLOSE this case statistically.

BY THE COURT:

_____
Stewart Dalzell, J.