```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| SUMMIT FAMILY MEDICAL<br>PRACTICE, P.C. | : | CIVIL ACTION |
| v. | : | |
| THE PHILADELPHIA<br>CONTRIBUTIONSHIP INSURANCE<br>COMPANY | : | NO. 02-3783 |

<u>ORDER</u>

AND NOW, this 10th day of April, 2003, upon consideration of plaintiff's motion for reconsideration of our Order granting summary judgment on the ground that the Order was issued "without an accompanying Decision," but the Court having in fact issued an accompanying decision in the form of a nine-page Memorandum, which was mailed to plaintiff's counsel and can easily be retrieved by logging onto PACER, it is hereby ORDERED that the Motion for Reconsideration (Doc. No. 31) is DENIED.

BY THE COURT:

_____
Stewart Dalzell, J.